1

**BAKER, MANOCK & JENSEN**
A PROFESSIONAL CORPORATION
FIG GARDEN FINANCIAL CENTER
5260 NORTH PALM AVENUE, FOURTH FLOOR
FRESNO, CALIFORNIA 93704-2209
Telephone (559) 432-5400
Telecopier (559) 432-5620

2

3

4

5
Attorneys for Defendant AUTO MAXX, INC.

6

7

8
UNITED STATES DISTRICT COURT

9
EASTERN DISTRICT OF CALIFORNIA

10

11
FAMILIES AND SCHOOLS TOGETHER
FEDERAL CREDIT UNION,

Case No. 1:07-cv-00659-LJO-SMS

12
                                        Plaintiff,

**STIPULATION FOR ORDER TO
AMEND SCHEDULING
CONFERENCE ORDER; ORDER
THEREON**

13
        v.

14
AUTO MAXX, INC., EISSA ABOUMAALI,
JOE QUINTANA, SAM SALIDA, ABEL

15
MORALES aka ABEL MIERELES and DOES
5 through 100, inclusive,

16

17
                                        Defendants.

18

19
        Defendants AUTO MAXX, INC., EISSA ABOUMAALI, JOE QUINTANA, SAM

20
SALIDA, ABEL MORALES aka ABEL MIERELES, and Plaintiff FAMILIES AND SCHOOLS

21
TOGETHER FEDERAL CREDIT UNION ("FAST"), by and through their respective attorneys of

22
record, hereby stipulate to an Order amending their Joint Discovery Plan as described below in the

23
proposed Order.  Each party reserves the right to seek further amendments as may be warranted by

24
the circumstances.

25
        The parties continue to work on discovery in this matter.  Each have exchanged

26
voluminous numbers of documents and depositions have begun, but have not yet been completed.

27
///

28
///

---

**STIPULATION FOR ORDER TO AMEND SCHEDULING CONFERENCE ORDER; ORDER THEREON**

1    It is respectfully submitted that good cause exists to amend the Scheduling

2  Conference Order because there are a number of depositions that have yet to be taken in this matter

3  and anticipate the need for additional time to complete discovery.

4          DATED:   February 6, 2008.

5                                  GEORGESON & BELARDINELLI

6

7                                  By   /s/ Richard A. Belardinelli
                                   C. Russell Georgeson
8                                  Richard A. Belardinelli
                                   Attorneys for Plaintiff FAMILIES AND
9                                  SCHOOLS TOGETHER FEDERAL CREDIT
                                   UNION
10

11         DATED:   February 13, 2008.

12                                 BAKER, MANOCK & JENSEN

13

14                                 By   /s/ Dirk B. Paloutzian
                                   Dirk B. Paloutzian
15                                 Attorneys for Defendant AUTO MAXX, INC.

16         DATED:   February 4, 2008.

17                                 COLEMAN & HOROWITT, LLP

18

19                                 By   /s/ Darryl J. Horowitt
                                   Darryl J. Horowitt
20                                 Attorneys for Defendant EISSA ABUMAALI

21
           DATED:   February 6, 2008.
22
                                   LAW OFFICES OF MICHAEL W. BRAA
23

24
                                   By   /s/ Michael W. Braa, Sr.
25                                 Michael W. Braa, Sr.
                                   Attorneys for Defendants JOE QUINTANA,
26                                 SAM SALIDA and ABEL MORALES aka
                                   ABEL MIERELES
27

28

2

1

ORDER

2

IT IS HEREBY ORDERED that the Joint Discovery Plan be amended as follows:

3

1.      Expert disclosures by March 7, 2008;

4

2.      Exchange of expert reports by March 18, 2008;

5

3.      Nonexpert discovery completed by April 4, 2008;

6

4.      Expert witness depositions to be completed by May 9, 2008.

7

8

9

10

IT IS SO ORDERED.

11

**Dated:    February 15, 2008**              _____/s/ **Sandra M. Snyder**_____
                                        UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3