**BAKER, MANOCK & JENSEN**
A PROFESSIONAL CORPORATION
FIG GARDEN FINANCIAL CENTER
5260 NORTH PALM AVENUE, FOURTH FLOOR
FRESNO, CALIFORNIA 93704-2209
TELEPHONE (559) 432-5400
TELECOPIER (559) 432-5620

Attorneys for Defendant AUTO MAXX, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAMILIES AND SCHOOLS TOGETHER FEDERAL CREDIT UNION,<br><br>Plaintiff,<br><br>v.<br><br>AUTO MAXX, INC., EISSA ABOUMAALI, JOE QUINTANA, SAM SALIDA, ABEL MORALES aka ABEL MIERELES and DOES 5 through 100, inclusive,<br><br>Defendants.<br>_____ | Case No. 1:07-CV-00659-LJO-SMS<br><br>**STIPULATION TO CONTINUE TRIAL, FOR AN ORDER TO AMEND THE JOINT DISCOVERY PLAN AND FOR AN AMENDED SCHEDULING CONFERENCE ORDER;** ORDER |

Defendants AUTO MAXX, INC., EISSA ABOUMAALI, JOE QUINTANA, SAM SALIBA, ABEL MORALES aka ABEL MIERELES, and Plaintiff FAMILIES AND SCHOOLS TOGETHER FEDERAL CREDIT UNION ("FAST"), by and through their respective attorneys of record, hereby stipulate to an Order amending their Joint Discovery Plan, Continuing Trial and for an Amended Scheduling Conference Order as described below and in the concurrently-filed proposed Amended Scheduling Conference Order. Each party reserves the right to seek further amendments as may be warranted by the circumstances.

The parties continue to work on discovery in this matter. Experts have been designated, but reports have not yet been exchanged. The parties have exchanged voluminous numbers of documents and depositions have begun, but have not yet been completed. In particular, the depositions of Eissa Aboumaali, Tricia Bond and Paula Lehn have been completed. The

---

**STIPULATION TO CONTINUE TRIAL, FOR AN ORDER TO AMEND THE JOINT DISCOVERY PLAN AND FOR AN AMENDED SCHEDULING CONFERENCE ORDER**

deposition of Susan Boyd has proceeded, but remains to be completed after a discovery dispute arose during her deposition, which has been decided by Judge Snyder.  Depositions that remain to be taken include Plaintiff's Chairman of the Board and Chairman of the Supervisory Committee, Defendants Abel Mireles and Sam Saliba, and other witnesses.  Mr. Saliba was first served with the summons and complaint on March 24, 2008.  Other deponents may be identified through further discovery.  There are also some outstanding issues concerning written discovery which must be resolved.

Based upon the foregoing, the parties stipulate and it is respectfully submitted that good cause exists to amend the Scheduling Conference Order and to continue the trial date as follows, if it pleases the Court:

1. All pretrial motions, both dispositive and nondispositive (except discovery motions addressed below), shall be served and filed no later than August 1, 2008.  All pretrial dispositive and nondispositive motions (except discovery motions addressed below) shall be set before the appropriate judge for a hearing to be conducted no later than September 5, 2008.

2. All non-expert discovery and related discovery motions (including motions to compel) shall be completed or heard no later than August 1, 2008;

3. Exchange of expert reports by August 25, 2008;

4. All expert discovery and related discovery motions (including motions to compel) shall be completed or heard no later than September 16, 2008;

5. Expert witness depositions to be completed by September 16, 2008;

6. The trial date of August 18, 2008 be vacated and that trial shall begin October 14, 2008.

DATED:  May 27, 2008.

GEORGESON & BELARDINELLI

By /s/ Richard A. Bellardinelli
Richard A. Belardinelli
Attorneys for Plaintiff FAMILIES AND SCHOOLS TOGETHER FEDERAL CREDIT UNION

DATED: June 2, 2008.

BAKER, MANOCK & JENSEN

By /s/ Dirk B. Paloutzian
Dirk B. Paloutzian
Attorneys for Defendant AUTO MAXX, INC.

DATED: May 28, 2008.

COLEMAN & HOROWITT, LLP

By /s/ Darryl J. Horowitt
Darryl J. Horowitt
Attorneys for Defendant EISSA ABUMAALI

DATED: May 31, 2008.

LAW OFFICES OF MICHAEL W. BRAA

By /s/ Michael W. Braa, Sr.
Michael W. Braa, Sr.
Attorneys for Defendants JOE QUINTANA, SAM SALIBA and ABEL MORALES aka ABEL MIERELES

ORDER

IT IS HEREBY ORDERED that the Joint Discovery Plan be amended as follows:

1. All pretrial motions, both dispositive and nondispositive (except discovery motions addressed below), shall be served and filed no later than August 1, 2008. All pretrial dispositive and nondispositive motions (except discovery motions addressed below) shall be set before the appropriate judge for a hearing to be conducted no later than September 5, 2008.

2. All non-expert discovery and related discovery motions (including motions to compel) shall be completed or heard no later than August 1, 2008;

3. Exchange of expert reports by August 25, 2008;

4. All expert discovery and related discovery motions (including motions to

compel) shall be completed or heard no later than September 16, 2008;

      5.     Expert witness depositions to be completed by September 16, 2008.

IT IS HEREBY ORDERED that the trial date of August 18, 2008 be vacated and that trial shall begin October 28, 2008.

The Court informs the parties that this Court's trial calendar is severely impacted in October, 2008 and for many months thereafter. With this continuance, the parties' chance of obtaining a realistic trial date is absent in this Department. The Court strongly urges the parties to revisit Magistrate Judge consent. The only basis for an additional continuance is a trial conflict on the Court's calendar.

IT IS SO ORDERED.

**Dated:**   **June 3, 2008**                    /s/ Lawrence J. O'Neill
                                                  UNITED STATES DISTRICT JUDGE

**STIPULATION TO CONTINUE TRIAL, FOR AN ORDER TO AMEND THE JOINT DISCOVERY PLAN AND FOR AN AMENDED SCHEDULING CONFERENCE ORDER**