C. RUSSELL GEORGESON (SBN 53589)
CRGDANELAW@sbcglobal.net
RICHARD A. BELARDINELLI (SBN 065168)
**GEORGESON AND BELARDINELLI**
Attorneys at Law
The Atrium Building
1111 East Herndon Avenue, Suite 217
Fresno, CA  93720
Telephone:     559.447.8800
Facsimile:      559.447.0747
Attorneys for Plaintiff, FAMILIES AND SCHOOLS
TOGETHER FEDERAL CREDIT UNION

RUSSELL W. REYNOLDS (SBN 138075)
Rwrlaw4335@aol.com
7100 N. Financial Drive, Suite 105
Fresno, CA 93720
Telephone:     559.432.0283
Facsimile:      559.432.6321
Attorneys for Plaintiffs, FAMILIES AND SCHOOLS
TOGETHER FEDERAL CREDIT UNION

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAMILIES AND SCHOOLS TOGETHER FEDERAL CREDIT UNION,<br><br>Plaintiff,<br><br>v.<br><br>AUTO MAXX, INC., EISSA ABOUMAALI, JOE QUINTANA, SAM SALIDA, ABEL MORALES aka ABEL MIERELES and DOES 5 Through 100, inclusive,<br><br>Defendants. | Case No.: 1:07 CV-00659-LJO-SMS<br><br>Assigned for all purposes to the Honorable Lawrence J. O'Neill<br><br>**STIPULATION FOR ORDER TO AMEND SCHEDULING CONFERENCE ORDER; DECLARATION IN SUPPORT THEREOF; ORDER THEREON** |

Defendants AUTO MAXX, INC. and EISSA ABOUMAALI, and Plaintiff FAMILIES AND SCHOOLS TOGETHER FEDERAL CREDIT UNION ("FAST"), by and through their respective attorneys of record, hereby stipulate to an Order amending their Joint Discovery Plan as described below in the proposed Order.  JOE QUINTANA, SAM SALIDA, and ABEL MORALES aka ABEL MIERELES are represented by Michael W. Braa who was suspended by the State Bar of California

1

July 1, 2008 and is unable to act as an attorney at this time. Each party reserves the right to seek further amendments as may be warranted by the circumstances.

The parties have completed discovery in this matter with the exception of the completion of the depositions of Defendants, MIERELES and SALIDA and of BILL HATFIELD. Experts have been designated, but reports have not yet been exchanged. Each have exchanged voluminous numbers of documents and depositions have begun, but have not yet been completed. In particular, the depositions of EISSA ABOUMAALI, TRICIA BOND, SUSAN BOYD, JOE QUINTANA, various FAST representatives and Paula Lehn have been completed. Defendants ABEL MIERELES and SAM SALIDA's depositions will be completed within one (1) day and one (1) other witness if service of a subpoena can be effectuated, will be taken. Mr. Salida was first served with the summons and complaint on March 24, 2008. Other deponents may be identified through further discovery.

While the posture of the case has been progressing towards conclusion of pre-trial matters, attorney Richard A. Belardinelli became ill on or about July 14, 2008, which prevented the completion of the remaining discovery and necessitated this request to amend the Scheduling Conference Order. Mr. Belardinelli's condition is described in the Declaration of C. Russell Georgeson submitted in support of this stipulation and request.

Based upon the foregoing, the parties stipulate and it is respectfully submitted that good cause exists to amend the Scheduling Conference Order and to continue the trial date as follows, if it pleases the Court:

1. All pretrial motions, both dispositive and nondispositive (except discovery motions addressed below), shall be served and filed no later than September 1, 2008. All pretrial dispositive and nondispositive motions (except discovery motions addressed below) shall be set before the appropriate judge for a hearing to be conducted no later than October 6, 2008.

2. All non-expert discovery and related discovery motions (including motions to compel) shall be completed or heard no later than September 1, 2008;

3. Exchange of expert reports by September 25, 2008;

4. Pre-trial conference is set for October 30, 2008;

5. All expert discovery and related discovery motions (including motions to compel) shall be completed or heard no later than October 16, 2008;

6. Expert witness depositions to be completed by October 16, 2008;

7. The trial date of October 28, 2008 be vacated and that trial shall begin Monday, December 8, 2008.

**GEORGESON AND BELARDINELLI**

Dated: July 31, 2008     By:   /s/ C. Russell Georgeson
                               C. Russell Georgeson
                               Attorney for Plaintiff, Families and Schools Together
                               Federal Credit Union

**BAKER, MANOCK & JENSEN**

Dated: July 31, 2008     By:   /s/ Dirk B. Paloutzian
                               Dirk B. Paloutizian
                               Attorney for Defendant, AUTO MAXX, INC.

**COLEMAN & HOROWITT, LLP**

Dated: July 31, 2008     By:   /s/ Christine Levin for Darryl J. Horowitt
                               Darryl J. Horowitt,
                               Attorney for Defendant EISSA ABOUMAALI

**LAW OFFICES OF MICHAEL W. BRAA**

Dated: July __, 2008     By:   _____
                               Michael W. Braa, Sr.
                               Attorney for Defendants, JOE QUINTANA, SAM
                               SALIDA and ABEL MORALES aka ABEL
                               MIERELES

## DECLARATION OF C. RUSSELL GEORGESON

I, C. Russell Georgeson, declare as follows:

1. I am an attorney at law licensed to practice in the State of California, a partner in the law firm of Georgeson and Belardinelli. I have personal knowledge of the facts set forth in this declaration and if called as a witness, could and would testify competently to such facts under oath.

2. The parties have diligently pursued discovery and ultimately completed all non-expert depositions with the exception of completing the deposition of Defendants, Abel Miereles and Sam Salida. The depositions of Mr. Miereles and Mr. Salida will be completed in less than one day with only one remaining percipient witness possibly being deposed if service of a subpoena can be made to compel her appearance.

3. While the parties have endeavored to conclude discovery and meet all pre-trial motion deadlines, Richard A. Belardinelli, the only Trial Counsel for Plaintiff, became seriously ill the week of July 14, 2008. Mr. Belardinelli experienced and continues to experience a high-grade fever of unknown origin, but presently diagnosed as a massive infection affecting Mr. Belardinelli's internal organs' functions. The condition is accompanied by various physical problems including a high-grade fever that results in weakness, an abnormal blood chemistry, deteriorated internal organ function necessary for life, and the condition has disabled Mr. Belardinelli since onset. This condition has prevented his attending to any legal affairs of Georgeson & Belardinelli. Because of his condition, Mr. Belardinelli was **hospitalized July 16, 2008 through late Wednesday, July 23, 2008** and is now required to undergo medical treatment for his condition over the next two (2) to three (3) weeks, including treatment at the University California Medical Center in San Francisco, California, which is being scheduled for next week.

4. Mr. Belardinelli's physical condition has interrupted his efforts to complete the remaining discovery, the contemplated pre-trial dispositive motions which were to be filed on behalf of plaintiff and to address other matters in this action and other matters where he is counsel of record. Furthermore, Mr. Belardinelli's condition prevents him from undertaking full time activities until he has recuperated. It is anticipated Mr. Belardinelli will be able to resume his normal work

1 schedule next Thursday or Friday (August 7th or 8th) following evaluation by the University of California Medical Center in San Francisco, California. While Mr. Belardinelli is improving, it has been and would be detrimental to him and cause irreparable harm to his client unless the Amended Scheduling Conference Order is modified to extend the times currently scheduled to one (1) month from each of their current dates.

5. Richard A. Belardinelli has practiced law for the past thirty-three (33) years and as his partner for the past twenty-nine (29) years, I am aware of no occasion where Mr. Belardinelli has sought to continue a matter or amend a Scheduling Conference Order as a result of his physical or mental condition. To assure fairness of the process and allow time for Mr. Belardinelli to address the outstanding issues in this case, (i.e. complete discovery, finalize and file dispositive motions, prepare for expert discovery, etc.) a modification of the Amended Scheduling Conference Order is requested herein. All parties with counsel have agreed to the proposed modification and no party will be prejudiced by the requested modification, which will serve the interest of justice.

6. All licensed counsel for the parties have been contacted concerning Mr. Belardinelli's condition and have agreed to amend the Scheduling Conference Order by extending each of the currently scheduled matters, one (1) month from each of their current dates as set forth by the Court in the July 15, 2008 Amended Scheduling Conference Order, a copy of which is attached hereto as Exhibit 1.

7. It is also necessary to bring to the Court's attention to **the suspension from the practice of law in the State of California of attorney, Michael Wayne Braa, Sr.** who represents Defendants, Joe Quintana, Sam Salida, and Abel Miereles. Mr. Braa was suspended by the State Bar of California, effective July 1, 2008. A copy of his current status reflected by the State Bar of California is attached hereto as Exhibit 2. As a result of his suspension, Mr. Braa is unable to execute this stipulation and Defendants Miereles, Salida and Quintana do not presently have legal counsel. It would appear a one (1) month delay would allow Defendants represented by Mr. Braa to seek new counsel or allow for Mr. Braa to be reinstated as an active State Bar attorney.

**Dated: July 31, 2008**                              /s/ C. Russell Georgeson
                                                                    C. Russell Georgeson

## ORDER

IT IS HEREBY ORDERED that the Joint Discovery Plan be amended as follows:

1. All pretrial motions, both dispositive and nondispositive (except discovery motions addressed below), shall be served and filed no later than September 1, 2008. All pretrial dispositive and nondispositive motions (except discovery motions addressed below) shall be set before the appropriate judge for a hearing to be conducted no later than October 6, 2008.

2. All non-expert discovery and related discovery motions (including motions to compel) shall be completed or heard no later than September 1, 2008;

3. Exchange of expert reports by September 25, 2008;

4. Pre-trial conference is set for October 30, 2008 @ 8:30 before District Judge Lawrence J. O'Neill in courtroom 4 on the 7th Floor;

5. All expert discovery and related discovery motions (including motions to compel) shall be completed or heard no later than October 16, 2008;

6. Expert witness depositions to be completed by October 16, 2008;

7. The trial date of October 28, 2008 is vacated and that trial begins Monday, December 8, 2008 @ 8:30 before District Judge Lawrence J. O'Neill in courtroom 4 on the 7th Floor.

The Court informs the parties that this Court's trial calendar is severely impacted in December 2008 and for many months thereafter. With this continuance, the parties' chance of obtaining a realistic trial date is absent in this Department. The Court strongly urges the parties to revisit Magistrate Judge consent. The only basis for an additional continuance is a trial conflict on the Court's calendar.

IT IS SO ORDERED.

Dated: 08/05/2008                             /s/ LAWRENCE J. O'NEILL
                                                      UNITED STATES DISTRICT JUDGE
                                                              LAWRENCE J. O"NEILL