1
2
3          **IN THE UNITED STATES DISTRICT COURT**
4          **FOR THE EASTERN DISTRICT OF CALIFORNIA**
5
6    FAMILIES AND SCHOOLS TOGETHER            CASE NO. CV F 07-0659 LJO SMS
     FEDERAL CREDIT UNION,
7                                            **ORDER RE TENTATIVE SETTLEMENT**
                    Plaintiff,
8
          vs.
9
10   AUTO MAXX, INC., EISSA ABOUMAALI,
     JOE QUINTANA, SAM SALIDA, ABLE
11   MORALES,
                    Defendants.
12   _____/

13          The Court has been informed that the parties have reached a tentative settlement in the above

14   action.  In light of the representation of counsel, the Court has terminated its work on the Rule 56

15   motions, more particularly because of the representation that a signed stipulation will be provided to the

16   Court by Friday, September 19, 2008.  The Court directs that the stipulation include a representation that

17   the parties' settlement is backed by a signed settlement agreement.  If the stipulation is not filed, the trial

18   date will not be moved, even though the Court will not have the time to restart its work on the Rule 56

19   motions (due to its workload in its other 1000 cases), before the immovable trial date in early December.

20   IT IS SO ORDERED.

21   **Dated:    September 17, 2008              /s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE
22
23
24
25
26
27
28

                              1