IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAMILIES AND SCHOOLS TOGETHER FEDERAL CREDIT UNION,<br><br>Plaintiff,<br><br>vs.<br><br>AUTO MAXX, INC., EISSA ABOUMAALI, JOE QUINTANA, SAM SALIDA, ABLE MORALES,<br><br>Defendants.<br>_____ / | CASE NO. CV F 07-0659 LJO SMS<br><br>**ORDER RE PARTIES' STIPULATION OF TENTATIVE SETTLEMENT** |

On September 19, 2008, the parties filed a stipulation requesting the Court vacate and stay certain dates in light of their tentative settlement in the above action. The parties' stipulation states that the settlement will be supported by a signed settlement agreement and that two conditions must be satisfied before the settlement is fully performed. The first condition must be satisfied by defendants Auto Maxx and Eissa Aboumaali within fourteen days of executing the written settlement agreement and in any event no later than October 8, 2008. The second condition must be satisfied by the same defendants no later than December 22, 2008.

Based upon the stipulation, the Court VACATES the October 2, 2008 hearing date on all pending Rule 56 motions. Plaintiff shall file, no later than October 9, 2008, a brief status report on whether defendants satisfied the first condition. After the status report is filed, the Court will address whether to vacate any further dates.

IT IS SO ORDERED.

**Dated:   September 22, 2008**              /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE