**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FAMILIES AND SCHOOLS TOGETHER FEDERAL CREDIT UNION,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>AUTO MAXX, INC., EISSA ABOUMAALI, JOE QUINTANA, SAM SALIDA, ABLE MORALES,<br>　　　　　　　　Defendants.<br>_____/ | CASE NO. CV F 07-0659 LJO SMS<br><br>**ORDER TO SET STATUS CONFERENCE** |

On September 19, 2008, the parties filed a stipulation requesting the Court vacate and stay certain dates in light of their tentative settlement in the above action. The parties' stipulation states that the settlement will be supported by a signed settlement agreement and that two conditions must be satisfied before the settlement is fully performed. The first condition must be satisfied by defendants Auto Maxx and Eissa Aboumaali within fourteen days of executing the written settlement agreement and in any event no later than October 8, 2008. The second condition must be satisfied by the same defendants no later than December 22, 2008.

Plaintiff was ordered to file, no later than October 9, 2008, a brief status report on whether defendants satisfied the first condition. Plaintiff failed to file that status report on or before October 9, 2008. Instead, Plaintiff filed a status report almost three weeks later, on October 29, 2008. In the October 29, 2008 status report, Plaintiff submits that the parties have agreed to a settlement, but have

not yet signed the agreement. Plaintiff continues to aver that the settlement agreement contains two contingencies. The first condition must be satisfied fourteen (14) days after the execution of the settlement agreement. The second condition must be satisfied seventy-five (75) days after the first condition is satisfied.

Based on Plaintiff's October 29, 2008 status report, this Court:

1. SETS a settlement status conference for **Thursday, November 20, 2008 at 8:15 a.m.** in Courtroom 4 (LJO);

2. ORDERS Plaintiff to file and serve an additional status report, no later than **November 17, 2008**, to address whether the settlement agreement has been signed and whether the first condition of the settlement agreement has been met. If the settlement agreement has not been executed, this Court will re-set the pre-trial and trial dates at the status conference. Accordingly, the parties should be prepared to set dates at the conference. Parties may appear telephonically to the status conference by arranging a one-line call and calling (559) 499-5680. Failure to file the status report will result in sanctions, including dismissal; and

3. VACATES all pending dates, including the October 30, 2008 pre-trial conference and December 8, 2008 trial.

IT IS SO ORDERED.

**Dated:     October 29, 2008                     /s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE