UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAMILIES AND SCHOOLS TOGETHER FEDERAL CREDIT UNION,<br><br>        Plaintiff,<br>    v.<br><br>AUTO MAXX, INC., et al.,<br><br>        Defendants. | 1:07-cv-00659-LJO-SMS<br><br>ORDER VACATING HEARING ON DEFENDANT'S COUNSEL'S MOTION TO WITHDRAW AND DEEMING MOTION SUBMITTED ON THE PAPERS (DOC. 148)<br><br>**Vacated Hearing Date:**<br>**September 14, 2009**<br>**Time**:<br>**9:00 a.m.**<br><br>ORDER GRANTING THE MOTION OF DEFENDANT'S COUNSEL TO WITHDRAW FROM THE CASE (DOC. 148)<br><br>ORDER DIRECTING THE CLERK TO UPDATE THE DOCKET TO REFLECT DEFENDANT'S PRO SE STATUS AND ADDRESS<br><br>INFORMATIONAL ORDER TO DEFENDANT AND ORDER TO PARTICIPATE IN THE TELEPHONIC STATUS CONFERENCE SET FOR SEPTEMBER 14, 2009, AT 3:00 P.M. |

Plaintiff is proceeding with a civil action in this Court. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302(c)(1) and 72-303.

1

Pending before the Court is the motion of Darryl J. Horowitt, counsel for Defendant Eissa Aboumaali, to withdraw as counsel of record, which was filed and served on August 28, 2009, along with declarations of Darryl J. Horowitt and Eissa Aboumaali in support of the motion.

I. <u>Vacating the Hearing on Counsel's Motion to Withdraw</u>

Pursuant to Rule 78-230(h) of the Local Rules of Practice for the United States District Court, Eastern District of California, the Court finds that the motion of Defendant's counsel Darryl J. Horowitt to withdraw as counsel for Defendant Eissa Aboumaali is a matter that may appropriately be submitted upon the record and briefs.

Accordingly, the hearing on the motion, presently set for September 14, 2009, at 9:00 a.m., IS VACATED, and the motion IS DEEMED SUBMITTED to the Court for decision.

II. <u>Counsel's Motion to Withdraw</u>

Review of the docket entries reflect that electronic service of the motion and supporting papers was effected on all counsel; further, a proof of service establishes that on August 28, 2009, the motion and all related papers were served by mail on Joe J. Quintana, Abel J. Mireles, and Sam Saliba.

Further, in a declaration under penalty of perjury, Mr. Horowitt declares that Defendant Eissa Aboumaali's address and telephone number are as follows: 4133 W. Ellery Way, Fresno, California 93722; (559) 447-8789.

Declarations of counsel and Defendant Aboumaali establish that Defendant and counsel both freely consent to the substitution of Defendant Aboumaali for Mr. Horowitt. Further, in

1 view of the fact that the action is at the settlement stage, no
2 prejudice will result. No opposition has been filed by any party
3 to the motion.
4     Local Rule 83-182 provides that an attorney may request
5 withdrawal if grounds exist pursuant to the Rules of Professional
6 Conduct of the State Bar of California. Rule 3-700(C)(5) of those
7 rules permits withdrawal if the client knowingly and freely
8 assets to termination of the employment.
9     Here, the client's consent is established by the
10 declarations, and the lack of prejudice is established by the
11 stage of the proceedings as well as the absence of any opposition
12 to the motion.
13     Good cause having been shown, and in view of the lack of
14 opposition to the motion, the motion of Darryl J. Horowitt on
15 behalf of himself and Coleman & Horowitt, LLP, to withdraw as
16 counsel for Defendant Eissa Aboumaali IS GRANTED.
17     III. <u>Directions to the Clerk</u>
18     Because the withdrawal of counsel results in Defendant's
19 proceeding pro se in this action, the Clerk 1) SHALL UPDATE THE
20 DOCKET to reflect Defendant Eissa Aboumaali's pro se status,
21 address of 4133 W. Ellery Way, Fresno, California 93722, and
22 telephone number of (559) 447-8789; and 2) SHALL SERVE this order
23 upon Defendant Eissa Aboumaali at that address.
24     IV. <u>Informational Order to Defendant Eissa Aboumaali</u>
25 **Defendant is advised that failure to take appropriate legal**
26 **action may result in serious legal consequences, and**
27 **consideration of obtaining legal assistance is strongly advised.**
28 **Defendant is further advised that regardless of whether or**

3

not Defendant is represented by counsel, Defendant will be expected to comply with all the orders of the Court, including the minute order of August 31, 2009, in which the Court directed that there be a telephonic conference on September 14, 2009, at 3:00 p.m., to be coordinated by Mr. Paloutzian; Defendant IS DIRECTED to participate in that conference and to contact Mr. Paloutzian in advance of the time for the telephonic conference in order to arrange for timely telephonic presence.

As a party appearing *in propria persona*, Defendant is also required by Local Rule 83-182(d) to notify the Clerk and all other parties of any change of address or telephone number.

Defendant IS INFORMED that a failure to comply with an order of the Court may result in a recommendation that the action be dismissed or in other sanctions. Local Rule 11-110.

IT IS SO ORDERED.

**Dated:   September 9, 2009**           /s/ Sandra M. Snyder
                                         UNITED STATES MAGISTRATE JUDGE