IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAMILIES AND SCHOOLS TOGETHER FEDERAL CREDIT UNION,<br><br>          Plaintiff,<br><br>  vs.<br><br>AUTO MAXX, INC., EISSA ABOUMAALI, JOE QUINTANA, SAM SALIDA, ABLE MORALES,<br>          Defendants.<br>_____/ | CASE NO. CV F 07-0659 LJO SMS<br><br>**ORDER RE PLAINTIFF'S ELECTION AND VACATING DATES** |

    The Court has received and reviewed plaintiff Families and School Together Federal Credit Union's election to ratify and affirm the written settlement agreement. (See Doc. 181.) In light of that election, the Court vacates the trial of October 12, 2010, and any other pending dates, and orders plaintiff FAST to submit a proposed ORDER of DISMISSAL to the Court for signature within five (5) court days. The dismissal should address the resolution of claims against all parties.

        IT IS SO ORDERED.

**Dated:   February 5, 2010**                    **/s/ Lawrence J. O'Neill**
                                                   UNITED STATES DISTRICT JUDGE