# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAMILIES AND SCHOOLS TOGETHER FEDERAL CREDIT UNION,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>AUTO MAXX, INC., EISSA ABOUMAALI, JOE QUINTANA, SAM SALIDA, ABLE MORALES,<br>　　　　　Defendants.<br>_____ / | CASE NO. CV F 07-0659 LJO SMS<br><br>**ORDER DISMISSING CASE** |

The Court, pursuant to the agreement and election by Plaintiff Families and Schools Together Federal Credit Union ("FAST") to dismiss the remainder of this case (Doc. 181), and because FAST has not filed the dismissal as ordered, hereby dismisses this case in its entirety. The Clerk of the Court is ordered to close this matter.

IT IS SO ORDERED.

**Dated:   February 23, 2010**　　　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1